# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KOLLAR-KOTELLY, COLLEEN | United States District Court | 05/15/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination. Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> 333 Constitution Avenue, NW <br> Washington, D.C. 20001 | Reviewing Officer_____ _____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Robert Shuker Scholarship Memorial Fund |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | D.C. Superior Court Retirement Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | D.C. Superior Court Retirement Fund | $115,596.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-Employed (Attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▨▨▨▨▨▨▨ | E | Rent | M | W | | | | | |
| 2. PNC National Bank | | None | J | T | | | | | |
| 3. Bank of America | A | Interest | J | T | | | | | |
| 4. Fidelity Investments Mortgage Securities Fund (IRA) | A | Dividend | | | Distributed | 01/09/09 | K | | |
| 5. Capital Realty Investors II L.P. | | None | | | Distributed | 12/22/09 | J | | |
| 6. DSM Poseidon L.L.C. | | None | J | U | | | | | |
| 7. Bank of New York Com. Stock | A | Dividend | K | T | Sold | 02/25/09 | K | | |
| 8. Bank of New York Com. Stock | A | Dividend | K | T | Buy | 04/13/09 | K | | |
| 9. Bank of New York Com. Stock | A | Dividend | K | T | Buy (add'l) | 04/21/09 | J | | |
| 10. General Electric Com. St. | A | Dividend | K | T | Buy (add'l) | 07/31/09 | J | | |
| 11. Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 12. DR Horton Notes | A | Interest | | | Matured | 02/01/09 | K | | |
| 13. Sterling One Industrial LLC | E | Dividend | K | U | | | | | |
| 14. Pfizer Com. St. | A | Dividend | K | T | Sold (part) | 10/01/09 | J | | |
| 15. Allied Capital Com. St. | | None | | | Sold | 10/28/09 | | | |
| 16. EMC Com. St. | | None | K | T | Buy (add'l) | 02/10/09 | J | | |
| 17. EMC Com. St. | | None | K | T | Sold (part) | 07/21/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Apache Corp. Com. St. | A | Dividend | K | T | Buy (add'l) | 03/16/09 | J | | |
| 19. SPDR Gold Trust Com. St. | | None | K | T | Sold (part) | 12/11/09 | J | D | |
| 20. Citigroup Inc. Notes | B | Interest | | | Matured | 07/29/09 | K | | |
| 21. Watts Water Tech Com. St. | A | Dividend | K | T | | | | . | |
| 22. Pioneer Natural Resource Com. St. | A | Dividend | K | T | Buy (add'l) | 01/05/09 | J | | |
| 23. Pioneer Natural Resource Com. St. | A | Dividend | K | T | Sold (part) | 09/28/09 | J | B | |
| 24. Pioneer Natural Resource Com. St. | A | Dividend | K | T | Sold (part) | 10/29/09 | J | B | |
| 25. Wisdomtree Int'l. | A | Dividend | K | T | Buy (add'l) | 05/06/09 | J | | |
| 26. 3M Com. St. | A | Dividend | K | T | Buy (add'l) | 03/17/09 | J | | |
| 27. Schlumberger Com. St. | A | Dividend | K | T | Buy (add'l) | 01/05/09 | J | | |
| 28. Gilead Science Com. St | | None | K | T | Sold (part) | 02/04/09 | K | C | |
| 29. Gilead Science Com. St. | | None | K | T | Buy (add'l) | 02/23/09 | K | | |
| 30. Gilead Science Com. St. | | None | K | T | Buy (add'l) | 11/24/09 | J | | |
| 31. Harris Corp. Com. St. | A | Dividend | K | T | Buy (add'l) | 10/01/09 | J | | |
| 32. Bear Stearns Notes | B | Interest | K | T | | | | | |
| 33. Capital One USA Notes | A | Interest | | | Matured | 04/09/09 | K | | |
| 34. McDonalds Com. St. | B | Dividend | K | T | Sold | 11/24/09 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric Capital Notes | B | Interest | L | T | | | | | |
| 36. General Dynamics Com. St. | A | Dividend | K | T | Buy (add'l) | 03/16/09 | J | | |
| 37. Walt Disney Com. St. | A | Dividend | K | T | Buy (add'l) | 03/10/09 | J | | |
| 38. Norfolk Southern Com. St. | A | Dividend | K | T | Buy (add'l) | 06/02/09 | J | | |
| 39. New York Community Bank Notes | B | Interest | | | Matured | 07/17/09 | K | | |
| 40. Caterpillar Financial Notes | A | Interest | J | T | | | | | |
| 41. New South Fed. Bank Notes | B | Interest | | | Matured | 09/17/09 | K | | |
| 42. First Bank of Tennessee Notes | B | Interest | L | T | | | | | |
| 43. ABB Limited Com. St. | A | Dividend | K | T | Buy (add'l) | 01/05/09 | J | | |
| 44. Fleet Boston Notes | B | Interest | | | Matured | 12/01/09 | K | | |
| 45. Morgan Stanley Bank Notes | B | Interest | | | Matured | 12/29/09 | K | | |
| 46. Goldman Sachs Notes | B | Interest | K | T | Buy | 01/23/09 | K | | |
| 47. National Rural Utility Notes | A | Interest | K | T | Buy | 01/23/09 | K | | |
| 48. Viacom Notes | B | Interest | K | T | Buy | 01/26/09 | K | | |
| 49. CSX Notes | B | Interest | | | Buy | 02/26/09 | K | | |
| 50. CSX Notes | B | Interest | | | Sold | 11/05/09 | K | B | |
| 51. Wilmington Trust bonds | A | Interest | K | T | Buy | 09/18/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dupont E.I. Nemour Com. St. | A | Dividend | K | T | Buy | 04/20/09 | K | | |
| 53. Freeport McMoran Copper Com. St. | | None | | | Buy | 05/21/09 | K | | |
| 54. Freeport McMoran Copper Com. St. | | None | | | Sold | 07/21/09 | K | C | |
| 55. CVS Caremark Com. St. | | None | K | T | Buy | 11/11/09 | K | | |
| 56. Dominion Resource Com. St. | | None | K | T | Buy | 12/04/09 | K | | |
| 57. Harris Stratex Com. St.(Spinoff) | | None | | | Spinoff (from line 31) | 05/27/09 | J | | |
| 58. Harris Stratex Com. St. | | None | | | Sold | 06/15/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KOLLAR-KOTELLY, COLLEEN | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544